THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*People* v. *N. Y. C. & H. R. R. R. Co.*, 155 App. Div. 699, reversed. (Argued October 12, 1914; decided November 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover

damages to the forest preserve from fire alleged to have been negligently set by defendant.

*Martin E. McClary* for appellant.

*Thomas Carmody, Attorney-General (John T. Norton* of counsel), for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of *People* v. *N. Y. C. & H. R. R. R. Co.* (213 N. Y. 136).

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not voting: MILLER, J.